FILED
DISTRICT OF WYOMING
U S DISTRICT COURT

SEP 28 2015

U.S. MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

JOSEPH FARESE, individually and on behalf of )
all persons similarly situated, )
                                                 )
                 Plaintiffs, )
                                                )
       v.                         )    Civil Action No. 14-CV-189-C
                                                 )
STRATA ENERGY SERVICES, INC., and )
STRATA SERVICES INTERNATIONAL, INC., )
                                                 )
              Defendants. )

## ORDER GRANTING JOINT MOTION TO
## APPROVE SETTLEMENT AGREEMENTS

THIS MATTER comes before the Court on Joseph Farese's, Shane Rytting's, Strata Energy Services, Inc.'s and Strata Services International, Inc.'s (collectively "Parties") Joint Motion to Approve Settlement Agreements;

As such, the COURT has been advised by the Parties that they have reached a proposed settlement resolving all of Plaintiff Farese's and Opt-In Plaintiff's Rytting's claims against Defendants, including, but not limited to, claims under the Fair Labor Standard Act, 29 U.S.C. §201, *et seq.* ("FLSA"), state wage and hour claims, and all claims pending in the case or that could have been brought in the case;

THE COURT has been presented with said Agreements pursuant to FLSA § 216(b);

THE COURT has reviewed, in camera, the fully executed Settlement Agreements entered into by the parties;

THE COURT is satisfied, upon review of the Parties' Motion and the Settlement Agreements, that the terms and conditions set forth in the Settlement Agreement were the result of good faith, arms' length settlement negotiations between competent and experienced counsel for both Plaintiffs and Defendant, and that the Settlement Agreements represent fair and reasonable resolutions of bona fide disputes over FLSA provisions.

WHEREFORE, THE COURT ORDERS:

The terms of the Parties' Settlement Agreements are hereby approved.

This case shall be dismissed with prejudice as to Joseph Farese and Shane Rytting. This case shall be dismissed without prejudice as to any potential collective or class member as defined in Plaintiff's Complaint. Without affecting the finality of this dismissal in any way, the Court reserves exclusive and continuing jurisdiction over this action, and the parties, for purposes of the enforcement of the Settlement Agreements and this Order.

All parties to pay their own costs and attorneys' fees, except as may be otherwise expressly set forth in the Settlement Agreements.

DATED this 28th day of September, 2015.

MARK L. CARMAN
UNITED STATES MAGISTRATE JUDGE